UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOUR BELLS MARKET & LIQUOR, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-00549-TSH<br><br>**JUDGMENT** |

The Court has dismissed with prejudice Plaintiff David Robinson's ADA claim and declined supplemental jurisdiction over the Unruh Act claim without prejudice to refiling in state court. ECF No. 19. Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff take nothing by this action and that:

　　As to the ADA claim, **JUDGMENT IS ENTERED** for Defendant Four Bells Market & Liquor, Inc. and against Plaintiff, with prejudice and

　　As to the Unruh Act claim, **JUDGMENT IS ENTERED** for Defendant and against Plaintiff, without prejudice to refiling in state court. **IT IS SO ORDERED.**

Dated: July 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge